UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                        )
DAVID BEERS                                   )
DENISE BEERS                                  )       BANKRUPTCY CASE 10-10054
                                              )       Chapter 7
            DEBTORS.                          )

### NOTICE PURSUANT TO F.R.B.P. 3010

Comes now the Trustee, Dustin M. Roach, and advises that dividends to the below-listed creditors were less than $5.00 each:

| | | |
|---|---|---|
| Claim #3 | QHG of Fort Wayne dba RediMed<br>P.O. Box 11909<br>Fort Wayne, IN  46861-1909 | $.29 |
| Claim #5 | Associated Family Medical Consultants<br>6400 Rothman Road<br>Fort Wayne, IN  46835 | $.40 |
| Claim #7 | Backflow Apparatus & Valve Co.<br>Dba BAVCO<br>20435 S. Susana Road<br>Long Beach, CA  90810 | $.43 |
| Claim #8 | Select Physical Therapy Holdings, Inc.<br>Select Medical Corporation<br>c/o Courtney Smith, Paralegal<br>4714 Gettysburg Road<br>Mechanicsburg, PA  17055 | $1.30 |
| Claim #13 | Allen Collections, Inc.<br>6710 Old Trail Road<br>Fort Wayne, IN  46809 | $3.71 |
| Claim #14 | One Communications<br>528 Washington Avenue<br>New Haven, CT  06473 | $1.91 |
| Claim #19 | Fort Wayne Pediatrics, PC | $.74 |

         c/o Beckman Lawson, LP
         912 South Calhoun Street
         Fort Wayne, IN  46802

Total Check Amount =  $8.78

         Respectfully submitted,

         /s/ Dustin M. Roach
         Dustin M. Roach, Chapter 7 Trustee
         436 East Wayne Street
         Fort Wayne, Indiana   46802
         Telephone: 260-424-8132
         dmrtrustee@vgtlaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of December, 2010, a true and correct copy of the above and foregoing NOTICE PURSUANT TO F.R.B.P. 3010 was transmitted electronically through the Bankruptcy Court's ECF System to the United States Trustee, 555 One Michiana Square Building, 100 East Wayne Street, South Bend, Indiana 46601, and was sent via first class United States mail, postage prepaid, to the Creditor(s) listed above at the address(es) indicated.

         /s/ Dustin M. Roach
         Dustin M. Roach, Trustee